NORTHWESTERN NATIONAL BANK, a National Banking Association, Appellant, v. UNITED STATES of America, Appellee.

No. 9060.

Circuit Court of Appeals, Ninth Circuit.

Jan. 9, 1939.

Carl C. Donaugh, U. S. Atty., of Portland, Or.

Before GARRECHT, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon consideration of the motion of counsel for appellee for dismissal of the appeal herein for failure of appellant to

1018

file record and docket cause, and good cause therefor appearing, ordered motion granted, that a judgment of dismissal be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.